Laura J. Thalacker, Esq.
Nevada Bar No. 5522
Doreen Spears Hartwell, Esq.
Nevada Bar. No. 7525
HARTWELL THALACKER, LTD.
11920 Southern Highlands Pkwy., Suite 201
Las Vegas, NV 89141
Phone:  702-850-1074
Fax:      702-508-9551
Laura@HartwellThalacker.com
Doreen@HartwellThalacker.com

Attorneys for Defendant MedCure, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KATHLEEN TRAMMELL, an individual, | Case No: 2:14-cv-01364-JAD-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| MEDCURE, INC., a Nevada foreign corporation, | |
| Defendant. | |

It is hereby stipulated and agreed by and between Plaintiff Kathleen Trammell and Defendant MedCure, Inc., through their respective counsel of record, that Plaintiff's claims and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Complaint in this action are hereby dismissed with prejudice in their entirety. Each party is to bear her or its own attorney's fees and costs.

DATED this 25th day of January, 2015.

| HARTWELL THALACKER, LTD. | THIERMAN LAW FIRM, P.C. |
|---|---|
| By: /s/ Laura J. Thalacker<br>Laura J. Thalacker, Esq.<br>Doreen Spears Hartwell, Esq.<br>11920 Southern Highlands Pkwy.<br>Suite 201<br>Las Vegas, NV 89141<br>Phone: 702-850-1074<br>Fax: 702-508-9551<br>Attorneys for Defendant MedCure, Inc. | By: /s/ Mark R. Thierman<br>Mark R. Thierman, Esq.<br>Joshua D. Buck, Esq.<br>7287 Lakeside Drive<br>Reno, NV 89511<br>Phone: 775-284-1500<br>Fax: 775-703-5027<br><br>Attorneys for Plaintiff Trammell |

**ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each party to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated:  January 26, 2015.

_____
UNITED STATES DISTRICT JUDGE